CARL E. LARSON, Bar #48162
Attorney at Law
9490 Golden Gate Avenue
Orangevale, CA 95662
Telephone: (916) 989-9226

Attorney for Defendant
FERNANDO TREJO DAMIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. Cr.S. 04-408-DFL |
| Plaintiff, | ) | |
| v. | ) | **SENTENCING ORDER** |
| FERNANDO TREJO DAMIAN, | ) | |
| Defendant. | ) | Judge: Hon. David F. Levi |
| _____ | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the adjustment for obstruction of justice, §3C1.1 in paragraph 33 of the defendant's presentence report, is not appropriate in this case. The evidence shows that the defendant, Fernando Trejo Damian, was not adequately informed that he was not to divest his personal assets in his business, Novedades Amada and he did not wilfully obstruct or impede the administration of justice during the course of this case.

It is so ordered.

DATED: 9/22/2006

/s/ David F. Levi
DAVID F. LEVI
Chief United States District Court Judge